SCPW-15-0000033

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

EDMUND M. ABORDO,
Petitioner,

vs.

INTERMEDIATE COURT OF APPEALS OF THE STATE OF HAWAI‘I,
Respondent Court,

and

DEPARTMENT OF PUBLIC SAFETY and SHARI KIMOTO,
MAINLAND BRANCH ADMINISTRATOR,
Respondents.

_____

ORIGINAL PROCEEDING
(CAAP-13-0001474; CIV. NO. 11-1-2228)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Upon consideration of Petitioner Edmund M. Abordo's document entitled "Plaintiff-Appellant's Writ of Mandamus for Violation of the Rules [of] the Court and the Fourteenth Amendment of the United States Constitution," filed on January 20, 2015, and the record, it appears that Petitioner fails to demonstrate that he has a clear and indisputable right to an immediate decision in CAAP-13-0001474 and, therefore, mandamus

relief is not warranted.  See Kema v. Gaddis, 91 Hawai'i 200, 204-05, 982 P.2d 334, 338-39 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the clerk of the appellate court shall process the petition for a writ mandamus without payment of the filing fee.

IT IS FURTHER ORDERED that the petition for a writ of mandamus is denied.

DATED: Honolulu, Hawai'i, February 2, 2015.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

